88136.76

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CLAUDIA SOLIVAIS AND ROBERT SOLIVAIS, INDIVIDUALLY and AS HUSBAND AND WIFE<br><br>    Plaintiffs,<br>vs.<br>IMPEL UNION, INC., DELTA CARRIER GROUP, INC. and FILIP RISTOVSKI,<br><br>    Defendants. | Case No.:<br><br>Indiana Case No.:  45D10-1808-CT-427 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the Defendants, Delta Carrier Group, Inc., Impel Union, Inc. and Filip Ristovski, by counsel, Thomas S. Ehrhardt and Kopka Pinkus Dolin PC, and pursuant to 28 U.S.C. §1446, hereby petition the Court for removal based on 28 U.S.C. §1332 and 1441. In support of this Notice of Removal, Defendants allege and state as follows:

### Introduction

1. This civil action was originally filed in the Superior Court of Lake County, Indiana on August 6, 2018.

2. Defendant Delta Carrier Group, Inc. was served with a copy of the Summons and Complaint on August 24, 2018.

3. Defendant Impel Union, Inc. was served with a copy of the Summons and Complaint on August 24, 2018.

4. Defendant Filip Ristovski was served with a copy of the Summons and Complaint on August 24, 2018.

5. Plaintiffs filed their Motion for Leave to File Amended Complaint on September 19, 2018.

6. Plaintiffs filed their Second Motion for Leave to File Amended Complaint on October 1, 2018.

7. Defendants have not heretofore filed their Answer or other responsive pleading in the state court case as the deadline to do so has not yet expired. The entirety of all pleadings, process, orders and other filings as required by 28 U.S.C. §1446(b) are attached hereto as the following exhibits:

    a. Exhibit "A":  Plaintiffs' Summons and Complaint.

    b. Exhibit "B":  Plaintiffs' Motion for Leave to File Amended Complaint.

    c. Exhibit "C": Plaintiffs' Second Motion for Leave to File Amended Complaint.

8. Defendants hereby timely file this Notice of Removal within the thirty (30) day time period required by 28 U.S.C. §1446(b)(1) as the Plaintiffs' Second Motion for Leave to File Amended Complaint was filed on October 1, 2018.

9. Plaintiffs' cause is a civil action for personal injuries arising out of a motor vehicle accident with allegations of negligence on the part of Defendants for various negligent acts and omissions.

## Basis for Removal

10. Removal is proper because the United States District Court has original jurisdiction through complete diversity of citizenship between the parties. *See* 28 U.S.C. §1332.

11. Plaintiffs are citizens of the State of Indiana.

12. Under the general diversity statute, a corporation is deemed to be a citizen of any state in which it has been incorporated and of the state in which it has its principal place of business. *See* 28 U.S.C. §1332(c)(1).

13. Defendant Filip Ristovski is a citizen of the State of Illinois.

14. Defendant Delta Carrier Group, Inc. is an Illinois corporation with its principal place of business in Illinois.

15. Defendant Impel Union, Inc. is an Illinois corporation with its principal place of business in Illinois.

16. Complete diversity of citizenship exists in this cause insofar as Plaintiffs are citizens of Indiana, while Defendants are all citizens of Illinois.

17. Upon information and belief, the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, because through Defendants' investigation the Plaintiffs are believed to be claiming extensive, serious, and permanent personal injuries arising out of the subject accident.

18. Venue is proper in this District under 28 U.S.C. §1446(a) because this District embraces the place where the removed action was originally filed.

19. Concurrently with the filing of this Notice of Removal, Defendants filed a Notice of Filing of Notice of Removal with the Clerk of the Lake Superior Court as required by 28 U.S.C. §1446(d).

20. Plaintiffs requested trial by jury in their original Complaint and Defendants hereby demand trial by jury of all issues raised by the pleadings herein.

WHEREFORE the Defendants respectfully request removal of the state court case to the Northern District of Indiana, Hammond Division, and for any and all just and equitable relief as the Court deems appropriate.

Respectfully Submitted,

By:   *s/Thomas S. Ehrhardt*
       Thomas S. Ehrhardt (#18621-45)

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN  46307
Tel:     (219) 794-1888
Fax:     (219) 794-1892
Email: TSEhrhardt@kopkalaw.com

## **CERTIFICATE OF SERVICE**

I certify that on the 4th day of October, 2018, a complete copy of this document was served by depositing a copy in the U.S. Mail with sufficient postage attached to the following parties:

Timothy S. Schafer, II
Schafer & Schafer, LLP
3820 E.  US 30
Merrillville, IN  46410

*s/Thomas S. Ehrhardt*
Thomas S. Ehrhardt