| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE Superior COURT |
| | ) SS. | |
| COUNTY OF LAKE | ) | SITTING AT Crown Point, INDIANA |

CLAUDIA SOLIVAIS and ROBERT SOLIVAIS, Individually and as Husband and Wife,

    Plaintiffs

v.  CAUSE NO.: 45D 10 -1808-CT- 427

IMPEL UNION, INC., DELTA CARRIER GROUP, INC. and FILIP RISTOVSKI,

    Defendants.

**Filed in Clerks**

AUG 06 2018

Michael A. Brown
CLERK LAKE CIRCUIT COURT

## COMPLAINT

### COUNT I

Come now the plaintiffs, Claudia Solivais and Robert Solivais, individually and as husband and wife, by their attorneys, Schafer & Schafer Attorneys at Law, and for Count I of their Complaint against the defendants, Impel Union, Inc., Delta Carrier Group, Inc. and Filip Ristovski, allege and state:

1. That at all times relevant herein, plaintiffs, Claudia Solivais and Robert Solivais, were residents of the Town of Griffith, County of Lake, State of Indiana.

2. That at all times relevant herein defendant, Filip Ristovski, was working as the owner/operator of the semi truck.

3. That at all times relevant herein defendant, Filip Ristovski, was operating a tractor-trailer which was owned and maintained by defendants, Impel Union, Inc and Delta Carrier Group, Inc.

4. That on and prior to November 11, 2016 US 41 was a public roadway running

CHAFER &
HAFER, LLP
ATTORNEYS AT LAW
3820 E. U.S. 30
MERRILLVILLE
INDIANA 46410
(219) 947-1911
FAX (219) 947-1701

1

EXHIBIT A

in a generally north and south direction in the Town of Highland, County of Lake, State of Indiana.

5. That on and prior to November 11, 2016 Main Street was a public roadway running in a generally east and west direction in the Town of Highland, County of Lake, State of Indiana.

6. That on or about November 11, 2016 plaintiff, Claudia Solivais, was driving stopped at a red light at the intersection of US 41 and Main Street in Highland, Indiana. That at the same time defendant, Filip Ristovski, who was driving north on US 41, carelessly and negligently made a left hand turn from the inner lane of US 41 onto Main Street causing the trailer of his semi truck to run over the front of the plaintiffs' automobile.

7. That defendant, Filip Ristovski, carelessly and negligently failed to control his vehicle thereby causing the aforesaid collision, and further, was guilty of one or more of the following wrongful acts or omissions:

   a. Carelessly and negligently failed to maintain a proper and sufficient lookout.

   b. Carelessly and negligently was driving too fast for the conditions.

   c. Carelessly and negligently failed to keep his motor vehicle under proper control.

   d. Carelessly and negligently operated his tractor trailer semi truck so as to cause a collision with plaintiff's vehicle and serious injuries to plaintiff.

   e. Carelessly and negligently failed to follow the Federal Motor Carrier Safety Regulations.

   f. Carelessly and negligently failed to use the care an ordinarily careful person would have used under the same or similar circumstances.

8. That defendants, Impel Union, Inc., and Delta Carrier Group, Inc., carelessly

CHAFER &
HAFER, LLP
ORNEYS AT LAW
1820 E. U.S. 30
MERRILLVILLE
INDIANA 46410
(219) 947-1911
X (219) 947-1701

2

and negligently failed to properly maintain their tractor trailer semi truck thereby causing the aforesaid collision, and further, was guilty of one or more of the following wrongful acts or omissions:

    a. Carelessly and negligently failed to keep its truck in proper working condition.

    b. Carelessly and negligently failed to follow the Federal Motor Carrier Safety Regulations.

    c. Carelessly and negligently failed to use the care an ordinarily careful tractor trailer semi truck company would have used under the same or similar circumstances.

That as a direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the defendant, plaintiffs' vehicle was substantially damaged and plaintiffs' further loss the use of the same.

9. That as a further direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the defendant, plaintiff, Claudia Solivais, sustained severe and permanent injuries, disfigurement, deformity, physical pain, mental suffering, is unable to function as a whole person, and has a diminished quality of life.

10. That as a further direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the defendants, plaintiff, Claudia Solivais, suffered bulging disc compressing the thecal sac (the sac surrounding the spinal cord) at C4-C5, C5-C6, and C6-C7. Moreover, there is facet hypertrophy and foraminal stenosis at the same locations in the spine as well as Myofacial Pain Syndrome, has past and future lost wages and earning capacity, has and will be kept from attending to her ordinary affairs and duties and has and will loose great gains which she otherwise would have made and acquired.

WHEREFORE, plaintiffs, Claudia Solivais and Robert Solivais, individually and as

CHAFER &
HAFER, LLP
ORNEYS AT LAW
3820 E. U.S. 30
MERRILLVILLE
NDIANA 46410
(219) 947-1911
.X (219) 947-1701

husband and wife, demand judgment against the defendants, Impel Union, Inc., Delta Carrier Group, Inc., and Filip Ristovski, for such sums as are reasonable in the premises, for costs of this action and for all other just and proper relief in the premises.

## COUNT II

Come now the plaintiffs, Claudia Solivais and Robert Solivais, individually and as husband and wife, by their attorneys, Schafer & Schafer Attorneys at Law, and for Count II of their Complaint against the defendants, Impel Union Inc., Delta Carrier Group, Inc., and Filip Ristovski, allege and state:

1-10. The plaintiffs re-allege and incorporate each and every allegation contained in Rhetorical Paragraph One (1) through and including Rhetorical Paragraph Ten (10) of Count I as Rhetorical Paragraph One (1) through and including Rhetorical Paragraph Ten (10) of Count II as though the same were fully and completely set forth herein.

11. That on and prior to November 11, 2016, the plaintiffs were the lawfully wedded spouses of each other and were living together as husband and wife, and by virtue of that marriage, plaintiffs became and were entitled to the companionship, society, services, affection and consortium of each other.

12. That as a direct and proximate result of the injuries sustained by the plaintiffs, each plaintiff has been deprived of the companionship, society, services, affection, consortium of the other and further, have been obligated to incur indebtedness for medical expenses incurred on their behalf which were necessitated by the defendants' negligent acts and omissions; and further, will continue to incur indebtedness for future medical care and treatment and loss of their spouse's services in attempting to alleviate or remedy their condition.

CHAFER &
HAFER, LLP
ORNEYS AT LAW
3820 E. U.S. 30
MERRILLVILLE
INDIANA 46410
(219) 947-1911
,X (219) 947-1701

4

WHEREFORE, plaintiffs, Claudia Solivais and Robert Solivais, individually and as husband and wife, demand judgment against the defendants, Impel Union, Inc., Delta Carrier Group, Inc., and Filip Ristovski, for such sums as are reasonable in the premises, for costs of this action and for all other just and proper relief in the premises.

Respectfully submitted,

SCHAFER & SCHAFER, LLP
ATTORNEYS AT LAW

BY: _____
TIMOTHY S. SCHAFER II
Atty #28048-64
Attorney for Plaintiffs

CHAFER &
HAFER, LLP
TORNEYS AT LAW
3820 E. U.S. 30
MERRILLVILLE
INDIANA 46410
(219) 947-1911
LX (219) 947-1701

5

## JURY DEMAND

Come now the plaintiffs, by counsel, and demand a trial by jury on issues triable by a jury.

Respectfully submitted,

SCHAFER & SCHAFER, LLP
ATTORNEYS AT LAW

BY: _____
TIMOTHY S. SCHAFER II
Atty #28048-64
Attorney for Plaintiffs

CHAFER &
HAFER, LLP
ORNEYS AT LAW
3820 E. U.S. 30
MERRILLVILLE
NDIANA 46410
(219) 947-1911
X (219) 947-1701

6