048987/07396/JAP

# U.S. DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | |
|---|---|
| CLAUDIA SOLIVAIS,<br><br>          Plaintiff,<br><br>v.<br><br>IMPEL UNION, INC., DELTA CARRIER GROUP, INC., and FILIP RISTOVSKI,<br><br>          Defendants. | No. 2:18-cv-00376-TLS |

## **STIPULATION TO DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure it is hereby stipulated and agreed by and between all parties hereto, by their respective attorneys, that the above captioned case be dismissed with prejudice, without costs to any party, all claims having been compromised and settled.


SCHAFER & SCHAFER, LLP

By: /s/Timothy S. Schafer II
Attorney for Plaintiff, CLAUDIA SOLIVAIS
3820 E. U.S. 30
Merrillville, IN 46410
Phone: (219) 947-1911
Fax: (219) 947-1701
tim2@schafer.legal

CASSIDAY SCHADE LLP

By: /s/Joseph A. Panatera
Attorney for Defendants, IMPEL UNION, INC., DELTA CARRIER GROUP, INC., and FILIP RISTOVSKI
222 W. Adams St., Suite 2900
Chicago, IL 60606
Phone: (312) 641-3100
Fax: (312) 444-1669
jpanatera@cassiday.com

9984264 JPANATER;JPANATER